(COB #215MER voreliefstay)(07/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Michael E. Romero

In re:

William Joseph Hamacher
Kimberly Marie Hamacher

Debtor(s)

Case No.: 09−32157−MER
Chapter: 7

SSN/TID Nos.   xxx−xx−2769
xxx−xx−6920

## ORDER GRANTING RELIEF FROM STAY WITH RESPECT TO PROPERTY

A motion for relief from stay, Document No.16 ,("Motion"), has been filed in the above captioned case by U.S. Bank N.A. ("Movant").  Movant gave notice of the Motion in accordance with L.B.R. 401 and no response was filed. Accordingly, it is

ORDERED that relief from stay is GRANTED to the Movant to exercise its rights and remedies under state law, regarding the following described property:

6862 South Broadway, Littleton, CO 80122

IT IS FURTHER ORDERED that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

Dated:  1/29/10

BY THE COURT:

s/ Michael E. Romero
United States Bankruptcy Judge